IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD PIERCE, ARCHIBALD CUNNINGHAM, *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>CALIFORNIA CHIEF JUSTICE CANTIL-SAKAUYE, *et al.*,<br><br>    Defendants.      / | No. C 13-1295 SI<br><br>**SUA SPONTE ORDER OF REFERRAL; JUNE 14, 2013 HEARING VACATED** |

Pursuant to Civil Local Rule 3-12, the Court refers this matter to Judge Jeffrey S. White for a determination of whether this case is related to *Cunningham v. Mahoney*, No. C 10-3211 JSW. Pending that determination, the Court VACATES the June 14, 2013 hearing.

**IT IS SO ORDERED.**

Dated: June 11, 2013

SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE