IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RONALD PIERCE, et al.,

    Plaintiffs,

v.

CHIEF JUSTICE CANTIL-SAKAUYE, et al.,

    Defendants.

No. C 13-01295 JSW

**ORDER SETTING HEARING AND SETTING DEADLINE FOR REPLY ON MOTION FOR PRELIMINARY INJUNCTION**

On June 18, 2013, the Court determined this case was related to *Cunningham v. Mahoney, et al.*, 10-CV-3211-JSW, and the matter was reassigned. On April 15, 2013, Defendants filed a motion to dismiss (Docket No. 11), which is fully briefed. On May 13, 2013, Plaintiffs filed a motion for preliminary injunction (Docket No. 19), and Defendants have opposed that motion. It is HEREBY ORDERED that Plaintiffs shall file their reply in support of the motion for a preliminary injunction by no later than July 8, 2013.

It is FURTHER ORDERED that the Court shall hear both motions at 9:00 a.m. on Friday, July 26, 2013, in Courtroom 11, United States District Court, 450 Golden Gate Avenue, 19th Floor, San Francisco, California, 94012. If the Court finds that either motion is suitable for disposition without oral argument, it shall notify the parties in advance of the hearing date.

**IT IS SO ORDERED.**

Dated: June 19, 2013

                                    JEFFREY S. WHITE
                                    UNITED STATES DISTRICT JUDGE

Case3:13-cv-01295-JSW Document29 Filed06/19/13 Page2 of 2