1

2

3

4

5

6            IN THE UNITED STATES DISTRICT COURT

7

8            FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    RONALD PIERCE, et al.,

10            Plaintiffs,                    No. C 13-01295 JSW

11      v.                                   **ORDER DENYING DEMAND RE**
                                             **LOCAL RULE 3-15**
12   CALIF CHIEF JUSTICE CANTIL-
     SAKAUYE, et al.,                        (**Docket No. 38.**)
13
              Defendants.
14
     _____/
15

16          On July 12, 2013, Plaintiffs filed a demand that this Court comply with Northern

17   District Civil Local Rule 3-15 and refer their motions to disqualify to another judge for

18   determination.  Northern District Civil Local Rule 3-15 provides that "[w]henever an affidavit

19   of bias or prejudice directed at a Judge of this Court is filed pursuant to 28 U.S.C. § 144, and

20   the Judge has determined not to recuse him or herself and found that the affidavit is neither

21   legally insufficient nor interposed for delay, the Judge shall refer the request for disqualification

22   to the Clerk for random assignment to another Judge."

23          Plaintiffs are correct that the Local Rule uses the term "shall."  However, Plaintiffs

24   ignore the preceding clause which requires a finding that an affidavit is "neither legally

25   insufficient nor interposed for delay."  Thus, referral is mandatory only when the Court

26   determines not to recuse itself and a party's affidavit *is* legally sufficient and is not interposed

27   for delay.

28   //

**United States District Court**
For the Northern District of California

However, this Court has twice determined that Plaintiffs' affidavits are legally insufficient. For that reason, the Court DENIES Plaintiffs' most recent demand.

The parties shall appear on July 26, 2013 at 9:00 a.m. for the hearing on the pending motions.

**IT IS SO ORDERED.**

Dated: July 18, 2013

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE