IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD PIERCE, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>CALIF CHIEF JUSTICE CANTIL-SAKAUYE, et al.,<br><br>　　　　Defendants.<br>_____/ | No. C 13-01295 JSW<br><br>**ORDER DENYING RENEWED DEMAND THAT JUDGE WHITE COMPLY WITH PLAIN LANGUAGE OF LOCAL RULE 3-15 AND REFER THE ISSUE OF DISQUALIFICATION UNDER 28 U.S.C. § 144 TO ANOTHER JUDGE**<br><br>**(Docket No. 42.)** |

　　　The Court has received and considered Plaintiffs' renewed demand that this Court comply with Northern District Civil Local Rule 3-15 and refer the Plaintiffs' motion for disqualification, pursuant to 28 U.S.C. Section 144, to another judge for resolution. For the reasons set forth in each of the Court's previous orders denying Plaintiffs' motions for disqualification and the Order denying Plaintiffs' demand that the Court comply with Local Rule 3-15, Plaintiffs' renewed demand is DENIED.

　　　Plaintiffs have stated that they intend to appeal. If Plaintiffs file a notice of appeal on or before July 25, 2013, the Court shall vacate the hearings scheduled for July 26, 2013, pending a decision from the Ninth Circuit.

　　　**IT IS SO ORDERED.**

Dated: July 19, 2013

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE