IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD PIERCE, KERRY HICKS, ANDREW KARRES, MICHELE FOTINOS, AMIL HIRAMANEK, LISA HUNT-NOCERA, NICOLE ANN RAY, ARCHIBALD CUNNINGHAM, RICHARD RIFKIN, et al., <br><br>       Plaintiffs, <br><br>   v. <br><br> CALIFORNIA CHIEF JUSTICE CANTIL-SAKAUYE, Chair of the Judicial Council, and MR. STEVEN JAHR, Administrative Director of the Administrative Office of the Courts, <br><br>       Defendants. | No. C 13-01295 JSW <br><br> **JUDGMENT** |

Pursuant to the Court's Order, issued this date, granting in part and denying in part Defendants' motion to dismiss, JUDGMENT IS HEREBY ENTERED in favor of Defendants and against Plaintiffs.

**IT IS SO ORDERED.**

Dated: August 13, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE