**United States District Court**
For the Northern District of California

1
2
3
4
5
6

IN THE UNITED STATES DISTRICT COURT

7

FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9   RONALD PIERCE, KERRY HICKS,                    No.  C 13-01295 JSW
    ANDREW KARRES, MICHELE FOTINOS,
10  AMIL HIRAMANEK, LISA HUNT-                      **JUDGMENT**
    NOCERA, NICOLE ANN RAY,
11  ARCHIBALD CUNNINGHAM, RICHARD
    RIFKIN, et al.,
12
            Plaintiffs,
13
14      v.

15  CALIFORNIA CHIEF JUSTICE CANTIL-
    SAKAUYE, Chair of the Judicial Council, and
16  MR. STEVEN JAHR, Administrative Director
    of the Administrative Office of the Courts,
17
            Defendants.
18  _____/

19          Pursuant to the Court's Order, issued this date, granting in part and denying in part

20  Defendants' motion to dismiss, JUDGMENT IS HEREBY ENTERED in favor of Defendants

21  and against Plaintiffs.

22          **IT IS SO ORDERED.**

23  Dated: August 13, 2013                          _____
                                                    JEFFREY S. WHITE
24                                                  UNITED STATES DISTRICT JUDGE

25
26
27
28

United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28